IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PRODUCTION CREDIT
ASSOCIATION OF SOUTHERN NEW
MEXICO, a wholly owned Subsidiary
of FARM CREDIT OF NEW MEXICO,
ACA,

    Plaintiff,

v.                                                                                                                       No. 2:12cv01102 MV/GBW

DAIRY FARMERS OF AMERICA,
INC., et al.,

    Defendants,

DAIRY FARMERS OF AMERICA,
INC.,

    Third-Party Plaintiff,

v.

SLOPING HILLS, LLC, CARTER'S
MILK FACTORY, INC., ALVA C.
CARTER, JR. and ALAN CARTER,

    Third-Party Defendants.

## ORDER STAYING CASE PURSUANT TO BANKRUPTCY FILING

This matter comes before the Court upon the Notices of Bankruptcy Proceedings of Third-Party Defendants Alva Carter and Alan Carter ("the Carters").  *Docs. 99, 100*. The Carters indicate that they have filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court for the District of New Mexico, Cause Nos. 7-14-12222-TR and 7-14-12223-JR.  No party has filed a response refuting the Carters' assertion.  Pursuant to 11

U.S.C. § 362 of the Bankruptcy Code, an automatic stay is now in effect for, *inter alia*, any judicial proceedings.  *See, e.g., In re Escobedo*, No. 14-1069, 2014 WL 3051208, at *2 (Bankr. D.N.M. July 3, 2014) ("When a bankruptcy petition is filed, § 362(a) automatically stays any proceeding or enforcement action against the debtor."). Counsel are advised to notify the Court if and when the stay is lifted.

    IT IS SO ORDERED.

                                              _____
                                              GREGORY B. WORMUTH
                                              UNITED STATES MAGISTRATE JUDGE